**JOSEPH M. McMULLEN**
California State Bar No. 246757
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: Joseph_McMullen@fd.org

Attorneys for Mr. Camereno-Garcia

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE PETER C. LEWIS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ8991-PCL |
| Plaintiff, ) | |
| ) | **NOTICE OF ATTORNEY APPEARANCE** |
| v. ) | |
| VICENTE CAMERENO-GARCIA, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Joseph M. McMullen and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

Respectfully submitted,

Dated: December 21, 2007          /s/ Joseph M. McMullen
                                  **JOSEPH M. MCMULLEN**
                                  Federal Defenders of San Diego, Inc.
                                  Attorneys for Mr. Camereno-Garcia
                                  Joseph_McMullen@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

DATED:  December 21, 2007          /s/ Joseph M. McMullen
**JOSEPH M. MCMULLEN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Joseph_McMullen@fd.org