AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

VINCENTE CAMARENA-GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR68-JAH

I, VINCENTE CAMARENA-GARCIA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

× Camarena Garcia Vicente
Defendant

_____
Counsel for Defendant — Joe McMullen

Before _____
JUDICIAL OFFICER