GEOFFREY C. MORRISON
California State Bar No. 172059
Geoffrey C. Morrison, Attorney at Law
185 F Street, Ste. 100
San Diego, CA 92101
Telephone: (619) 233-4894
Facsimile: (619) 233-4145

Attorney for Defendant VICENTE CAMERENO-GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 07-MJ-8991 |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| vs. | |
| VICENTE CAMERENO-GARCIA, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT AND THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF CALIFORNIA:

COMES NOW DEFENDANT VICENTE CAMERENO-GARCIA (hereinafter "Mr. Camereno"), by and through his attorney, Geoffrey C. Morrison, and hereby moves this court

\\\\

\\\\

- 1

to substitute attorney Geoffrey C. Morrison as his attorney of record in place of his previously appointed attorney, Joseph Mark McMullen.

I REQUEST THIS SUBSTITUTION.

Date: 1-15-07                          By: *Camarena Garcia Vicente*
                                            VICENTE CAMERENO-GARCIA

I ACCEPT THIS SUBSTITUTION.

Date: 1/15/07                          By: _____
                                            GEOFFREY C. MORRISON,
                                            Attorney at Law.

I CONSENT TO THIS SUBSTITUTION.

Date: 1/18/08                          By: _____
                                            JOSEPH MARK McMULLEN,
                                            Attorney at Law.

**PROPOSED ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that attorney Geoffrey C. Morrison be substituted in place of attorney Joseph Mark McMullen as Defendant VICENTE CAMERENO-GARCIA's attorney of record.

Date:                                     By:_____
                                          UNITED STATES MAGISTRATE
                                          JUDGE