**GEOFFREY C. MORRISON**
(California State Bar No. 172059)
Geoffrey C. Morrison, Attorney at Law
185 F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 277-8822
Facsimile: (619) 233-4145

Attorney for Defendant
CLEMENTE MOISES PULIDO-JAUREGUI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>VICENTE CAMERENA-GARCIA,  )<br>  )<br>         Defendant.  )<br>  ) | CRIM. CASE NO. 08-CR-00068-JAH<br><br>**STIPULATION FOR<br>CONTINUANCE & ORDER<br>THEREON**<br><br>Disposition Date: January 24, 2008<br>Time: 09:30 a.m.<br>Dept. Mag. Judge Papas |

    COME NOW the parties to this action, Plaintiff UNITED STATES OF AMERICA, by and through United States Attorney for the Southern District of California Karen P. Hewitt and Assistant United States Attorney Jeff Moore, and Defendant VICENTE CAMARENA-GARCIA (hereinafter "Mr. Camarena"), by and through his attorney of record, Geoffrey C. Morrison, and respectfully stipulate and agree that the disposition date in this matter, which is currently scheduled for January 24, 2008, at 9:30 a.m., be continued until February 12, 2008, at 9:30 a.m. This Stipulation is made on the following grounds:

    1. Counsel for Mr. Camarena was just retained in this matter and, concurrently with the filing of this stipulation, is filing a Motion for Substitution of Counsel and Order Thereon;

2. That Counsel for Mr. Camerena has discussed the need for this continuance with AUSA Jeff Moore.  Mr. Moore graciously agreed not to oppose Counsel's request..

3. Mr. Camerena is in custody.

The defendant remains detained, and the defendant will file an acknowledgement of the new date with this Court.

IT IS SO STIPULATED AND AGREED.

Date: January 21, 2008                              By:_____/s Jeff Moore_____
                                                    Assistant United States Attorney Jeff Moore, attorney for the Plaintiff

Date: January 21, 2008                              By:_____/s Geoffrey C. Morrison_____
                                                    Geoffrey C. Morrison, attorney for
                                                    the Defendant, Vicente Camerena-Garcia