**GEOFFREY C. MORRISON**
(California State Bar No. 172059)
Geoffrey C. Morrison, Attorney at Law
185 F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 277-8822
Facsimile: (619) 233-4145
Email: geoffrey.morrison@gmail.com

Attorney for Defendant
VICENTE CAMERENA-GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>VICENTE CAMARENA-GARCIA,<br><br>               Defendant. | ))<br>))  CRIM. CASE NO. 08-CR-00068-JAH<br>))<br>))  **ORDER FOR SUBSTITUTION OF**<br>))  **ATTORNEY** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that attorney Geoffrey C. Morrison by substituted into this case as Defendant VICENTE CAMERENA GARCIA's attorney of record, in place of the previously appointed Office of the Federal Defender.

IT IS SO ORDERED.
DATED: January 22, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge