**GEOFFREY C. MORRISON**
(California State Bar No. 172059)
Geoffrey C. Morrison, Attorney at Law
185 F Street, Ste. 100
San Diego, California 92101
Telephone: (619) 277-8822
Facsimile: (619) 233-4145
Email: geoffrey.morrison@gmail.com

Attorney for Defendant
VICENTE CAMERENA-GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )) |
| | )) CRIM. CASE NO. 08-CR-00068-JAH |
| Plaintiff, | )) |
| | )) **ORDER FOR CONTINUANCE OF** |
| vs. | )) **DISPOSITION** |
| VICENTE CAMARENA-GARCIA, | Disposition Date: January 24, 2008 |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Disposition Date in this matter be continued from January 24, 2008, at 9:30 a.m., until February 12, 2008, at 9:30 a.m.

IT IS SO ORDERED.

DATED: January 22, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge